# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

No. 25-50872
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee,*

*versus*

Juan Manuel Soria-Beltran,

*Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:25-CR-1237-1

———————————————————————

Before Davis, Stewart, and Duncan, *Circuit Judges.*

Per Curiam:[*]

Juan Manuel Soria-Beltran challenges the substantive reasonableness of his 30-month, above-guidelines prison sentence for illegal reentry. However, he fails to demonstrate that the sentence imposed by the district court does not account for a factor that should have received significant weight, gives significant weight to an irrelevant or improper factor, or

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50872

represents a clear error of judgment in balancing the sentencing factors. *See United States v. Fraga*, 704 F.3d 432, 440 (5th Cir. 2013).

AFFIRMED.